## EUGENE A. COLEMAN *v.* COMMISSIONER OF CORRECTION

*Eugene A. Coleman*, pro se, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided November 21, 2002

## STATE OF CONNECTICUT *v.* ROBERT H.

*Averum J. Sprecher*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided November 21, 2002

## STATE OF CONNECTICUT *v.* ROBERT H.

The Supreme Court docket number is SC 16873.